IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-CR-70 |
| Plaintiff, | **INDICTMENT** |
| vs. | **Counts 1 - 2** |
| SHANE ROBERT McDOWELL, | 21 U.S.C. § 841(a)(1): Distribution of a Controlled Substance |
| Defendant. | |

The Grand Jury charges:

## Count 1

### Distribution of a Controlled Substance

On or about February 28, 2024, in the Northern District of Iowa, defendant SHANE ROBERT McDOWELL did knowingly and intentionally distribute 50 grams or more of actual (pure) methamphetamine, commonly called "ice" methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## Count 2

### Distribution of a Controlled Substance

On or about February 13, 2024, in the Northern District of Iowa, defendant SHANE ROBERT McDOWELL did knowingly and intentionally distribute a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL

_____ 8/20/24
Grand Jury Foreperson    Date

TIMOTHY T. DUAX
United States Attorney

By: *[signature]*

JARED MANTERNACH
Special Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 8/21/24
PAUL DE YOUNG, CLERK

2
Case 1:24-cr-00070-CJW-MAR    Document 3    Filed 08/21/24    Page 2 of 2