IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 24-CR-70 |
| vs. | ) |
| SHANE ROBERT McDOWELL, | ) |
| Defendant. | ) |

**ORDER SEALING INDICTMENT AND WARRANT**

For cause, it is

ORDERED

That the Indictment and Warrant in this matter are sealed until the arrest of the defendant.

IT IS SO ORDERED this 21st day of August, 2024.

MARK A. ROBERTS
United States Magistrate Judge
Northern District of Iowa