# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. SHANE ROBERT MCDOWELL, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 1:24-cr-00070-CJW-MAR-1<br>Presiding Judge: Mark A. Roberts<br>Deputy Clerk: Rachel J. Scott<br>Official Court Record: FTR Gold<br>Contact Information: -- |

| Date: | 09/10/2024 | Start: | 10:56 AM | Adjourn: | 11:02 AM | Courtroom: | 4, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | Telephonic? | -- |
| Appearances: | Plaintiff(s): | AUSA Dillan Edwards | | | | | |
| | Defendant(s): | AFPD Heather Quick (IA only) (Defendant appears personally) | | | | | |
| | U.S. Probation: | Amy Moser | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone: -- |

**TYPE OF PROCEEDING:** INITIAL APPEARANCE: X AND/OR ARRAIGNMENT: X

Contested? No  Continued from a previous date? No

| | |
|---|---|
| Date of indictment: | 08/21/2024 |
| Was defendant *Mirandized*? | Yes |
| Defendant pleaded | Not guilty to counts 1-2 of the indictment |
| Counsel: Retained X Appointed (FPD or CJA Panel): | CJA Panel Attorney to be determined |
| Stipulation to discovery plan? | No |
| Did the government move for detention? Yes Was the defendant detained? | Yes |
| Detention hearing: | 09/13/2024 1:30 PM MAR |
| Trial date: | 11/12 2024 9:00 AM CJW |

**Witness/Exhibit List is**

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant waives formal reading of indictment.

Case will be governed by the Federal Rules of Criminal Procedure and any federal statutory and case law regarding discovery.

Court confirms the United States' obligation under Rule 5(f), that is, to disclose to the defendant all exculpatory evidence as required by Brady v. Maryland and its progeny. Failure to disclose any such evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanction by the Court.

Page 1 of 1