AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

United States of America
v.
Shane Robert McDowell

Defendant

) Case No. 24-CR-70
)
)
)
)
)

RECEIVED
By USMS N/IA at 12:41 pm, Aug 22, 2024

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Shane Robert McDowell,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Distribution of a Controlled Substance in violation of Title 21, United States Code, Section 841(a)(1).

Date: 08/21/2024

*Issuing officer's signature*

City and state: Cedar Rapids, Iowa

MARK A. ROBERTS, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 08-21-2024, and the person was arrested on *(date)* 09-06-2024
at *(city and state)* Clarence, IA.

Date: 09-06-2024

*Arresting officer's signature*

Ben Keen  US Marshal TFO
*Printed name and title*