**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | No. 24-cr-70-CJW |
| vs. | | **ORDER** |
| SHANE ROBERT MCDOWELL, | | |
| Defendant. | | |

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to disclose to the defendant all exculpatory evidence—that is, all evidence that favors the defendant or casts doubt on the United States' case—as required by *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, and ORDERS the United States to do so. Failure to disclose exculpatory evidence in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

IT IS SO ORDERED this 10th day of September, 2024.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa