# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| v. ) | No. 24-cr-70-CJW |
| ) | |
| SHANE ROBERT MCDOWELL, ) | |
| *Defendant.* ) | |

## ORDER OF TEMPORARY DETENTION AND SCHEDULING A HEARING

☐ Preliminary Hearing

☒ Detention Hearing

☐ Bond Revocation Hearing

| Place: | United States District Courthouse<br>111 7th Avenue SE<br>Courtroom 4, 4th Floor<br>Cedar Rapids, Iowa 52401 | Before Judge: Mark A. Roberts |
|---|---|---|
| | | Date and Time: September 13, 2024 at 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: September 10, 2024

*Judge's signature*

Mark A. Roberts
United States Magistrate Judge
*Printed name and title*