IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SHANE ROBERT MCDOWELL,<br><br>    Defendant. | No. 24-cr-70-CJW<br><br>**ORDER APPOINTING COUNSEL** |

The court finds that Defendant qualifies for appointment of counsel under the Criminal Justice Act (CJA), 18 U.S.C. § 3006A, and the Amended and Substituted Criminal Justice Act Plan for the Northern District of Iowa (CJA Plan). This order is subject to Defendant satisfying the court that Defendant qualifies financially under the CJA. Defendant must provide sworn statements on the CJA Form 23 Financial Affidavit. Defendant may be required to pay or contribute to the costs if the court finds that Defendant can make payments.

**IT IS HEREBY ORDERED**:

☒ Counsel from the Federal Public Defender's Office, or counsel designated pursuant to the CJA Plan, is appointed to represent Defendant for all proceedings in this matter. **Appointed counsel must file a notice of appearance within three (3) days from the date of this order**.

☐ This appointment is due to a withdrawal, conflict, motion for new counsel, or similar situation.

☐ This appointment will automatically transfer to any related criminal case for Defendant.

☒ **Defendant must file a CJA Form 23 Financial Affidavit no later than fourteen (14) days from the date of this order unless one was filed within the past twelve (12) months**. If Defendant is appearing on a writ or summons for a hearing that is scheduled to occur after the 14-day deadline, Defendant must file a CJA Form 23 Financial Affidavit by the date of the scheduled hearing.

☐ Defendant need not file a CJA Form 23 Financial Affidavit.

**IT IS SO ORDERED** this 10th day of September, 2024.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa