# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24-CR-0070 |
| Shane Robert McDowell | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Shane Robert McDowell.

Date: 09/12/2024

/s/ Webb Wassmer
*Attorney's signature*

Webb Wassmer
*Printed name and bar number*
Wassmer Law Office, PLC
5320 Winslow Road
Marion, IA 52302

*Address*

wassmerlaw@yahoo.com
*E-mail address*

(319) 210-4288
*Telephone number*

*FAX number*