# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHANE ROBERT McDOWELL, Defendant. | **HEARING MINUTES** Sealed: No<br>Case No.: 1:24-cr-70-CJW-MAR<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold  Contract? --<br>Contact Information: -- |

| Date: | 9/13/2024 | Start: | 1:31 PM | Adjourn: | 2:03 PM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | -- | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | SAUSA Jared Manternach and AUSA Dillan Edwards | | | | | | | |
| | Defendant(s): | Webb L. Wassmer (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | Amy Moser | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** PRELIMINARY EXAMINATION  DETENTION  X  REVOCATION

Contested? Yes  Continued from a previous date? No

| | |
|---|---|
| Moving party: | Plaintiff |
| Nature of proceedings: | Ruling: |
| Preliminary examination | |
| Review of detention or conditions | X  Court finds that the Defendant does not pose a risk of non-appearance; however, Defendant poses a danger to the community. Defendant remains detained. |
| Review of pre-trial release | |
| Review of supervised release | |
| **Witness/Exhibit List is** | Plaintiff's Witness: Deputy Matt Jackson, Cedar Co. Sheriff's Office (1:32-1:43 PM) |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

| Miscellaneous: | Mr. Manternach calls Deputy Matt Jackson. Direct (1:32-1:43 PM). No cross. Questioning by the Court (1:43-1:43 PM). Deputy Jackson excused.<br><br>Mr. Manternach requests the Court take formal notice of the pre-trial services report. No objection from Mr. Wassmer. Court will take formal notice of the report.<br><br>Proffer by Mr. Wassmer. No objection from Mr. Manternach. Court will consider the proffer.<br><br>Court hears argument. |
|---|---|