IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 24-CR-0070-CJW-MAR |
| | ) | |
| vs. | ) | MOTION FOR EXTENSION |
| | ) | OF TIME TO FILE |
| SHANE ROBERT McDOWELL, | ) | NONTRIAL MOTIONS |
| | ) | (unresisted) |
| Defendant. | ) | |

_____

Defendant Shane Robert McDowell moves for a one week extension, to and including October 15, 2024, to file any nontrial motions in this matter and states:

1. The deadline for filing nontrial motions is October 8, 2024.

2. Defendant McDowell intends on filing a Motion to Suppress. Counsel has not yet finished the Motion. Additionally, counsel recently received additional discovery from the United States which has not yet been reviewed and is also preparing for an Iowa Court of Appeals argument on October 9, 2024.

3. Trial is currently set for November 12, 2024. Counsel anticipates moving for a sixty-day continuance of trial to allow the Court adequate time to resolve the Motion to Suppress.

4. Counsel for the United States has been contacted and does not resist this Motion.

1

For the above stated reasons, the undersigned counsel respectfully requests the Court to grant an extension to and including October 15, 2024, to file any nontrial motions.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com

Attorney for Defendant Shane Robert McDowell

CERTIFICATE OF SERVICE

I certify that on October 8, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jared Manternach, SAUSA

**By: _____/s/ Webb Wassmer_____**
**Webb Wassmer**