IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 24-cr-70-CJW |
| vs. | **ORDER** |
| SHANE ROBERT MCDOWELL, | |
| Defendant. | |

_____

Before the Court is the Defendant's Motion for Extension of Time to File Nontrial Motions (unresisted), filed on October 8, 2024. (Doc. 20.) Defendant's current deadline for pretrial motions/nontrial-related motions is October 8, 2024. Defendant requests that his nontrial motions deadline be extended until October 15, 2024. The Government does not resist this motion.

**IT IS ORDERED** for good cause and the reasons stated in the motion, the motion is **granted**. Defendant's deadline for pretrial motions/nontrial-related motions is extended to October 15, 2024.

**No future extensions of time will be granted unless there is a showing of exceptional circumstances.**

**IT IS SO ORDERED** this 8th day of October, 2024.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa