IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 24-CR-0070-CJW-MAR |
| | ) | |
| vs. | ) | MOTION FOR LEAVE |
| | ) | TO FILE EXHIBITS |
| SHANE ROBERT McDOWELL, | ) | UNDER SEAL |
| | ) | (unresisted) |
| Defendant. | ) | |

_____

Defendant Shane Robert McDowell respectfully requests the Court to grant leave to file the Exhibits to his Motion to Suppress under seal. Defendant anticipates filing a Motion to Suppress on or before the October 15, 2024, non-trial deadline. The Exhibits to said Motion are documents from the Government's discovery file which contain personal identifying information and other confidential information. Counsel for the United States has been contacted and does not resist this Motion.

1

Respectfully Submitted,

_____/s/ Webb L. Wassmer\_\_\_\_\_
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com

Attorney for Defendant Shane Robert McDowell

CERTIFICATE OF SERVICE

I certify that on October 13, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jared Manternach, SAUSA

**By: _____/s/ Webb Wassmer_____**
**Webb Wassmer**

2

Case 1:24-cr-00070-CJW-MAR    Document 22    Filed 10/13/24    Page 2 of 2