IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-CR-0070-CJW-MAR |
| | ) | |
| vs. | ) | MOTION TO CONTINUE |
| | ) | TRIAL AND RESET DEADLINES |
| SHANE ROBERT McDOWELL, | ) | |
| | ) | (unresisted) |
| Defendant. | ) | |

Defendant Shane Robert McDowell respectfully requests the Court to continue trial of this matter for 60-90 days and to reset all deadlines in this matter (except the non-trial motion deadline). Defendant states:

1. Contemporaneously with this Motion, Defendant has filed a Motion to Suppress.

2. Trial of this matter is currently set for November 12, 2024.

3. In order to allow the Court adequate time to hold a hearing and resolve Defendant's Motion to Suppress, Defendant requests that the Court continue trial for 60-90 days.

4. Defendant also requests that the Court reset all deadlines, other than the nontrial motion deadline.

1

5. Counsel for the United States has been contacted and does not resist this Motion.

6. The undersigned counsel notes that he currently has a trial set for January 27, 2025, in a case that is not likely to be resolved without trial.

For the above reasons, Defendant Shane Robert McDowell respectfully requests the Court to continue trial for 60 to 90 days and to reset all deadlines other than the nontrial motion deadline.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com

Attorney for Defendant Shane Robert McDowell

CERTIFICATE OF SERVICE

I certify that on October 15, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Jared Manternach, SAUSA

    **By:** _____/s/ Webb Wassmer_____
    **Webb Wassmer**

3

Case 1:24-cr-00070-CJW-MAR    Document 26    Filed 10/15/24    Page 3 of 3