# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE ROBERT MCDOWELL, <br><br> Defendant. | No. 24-cr-70-CJW <br><br> **ORDER SCHEDULING HEARING** |

Before me is Defendant's Motion to Suppress. (Doc. 24.) This motion will come on for hearing before me on **Tuesday, October 29, 2024, at 9:00 a.m.;** United States Courthouse, Courtroom 4, 111 Seventh Avenue SE, Cedar Rapids, Iowa. **Two hours have been reserved for this hearing. If the parties anticipate needing more time, they should contact chambers three days before the hearing.**

**Defendant is required to be present at this hearing.**

If exhibits will be offered at the hearing, the parties are reminded to provide chambers with a copy of any exhibits at least three days prior to the hearing.

**IT IS SO ORDERED** this 16th day of October, 2024.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa