IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | No. 24-CR-00070-CJW-MAR |
| vs. | ) ) | |
| SHANE ROBERT McDOWELL, | ) ) | |
| Defendant. | ) ) | |

**MOTION TO SEAL EXHIBITS IN SUPPORT OF GOVERNMENT'S RESISTANCE TO DEFENDANT'S MOTION TO SUPPRESS**

The United States of America respectfully moves pursuant to Local Rule 5(c) for leave to file five exhibits in support of the government's resistance to defendant's motion to suppress under seal as they contain sensitive information.

The undersigned has contacted defense counsel, who has no objection.

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ mas

Respectfully Submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333    (319) 363-1990 - Fax
Dillan.Edwards@usdoj.gov