IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 24-CR-00070-CJW-MAR |
| vs. | ) | |
| SHANE ROBERT McDOWELL, | ) | |
| Defendant. | ) | |

## GOVERNMENT'S RESISTANCE TO DEFENDANT'S MOTION TO SUPPRESS

The United States of America respectfully resists defendant Shane Robert McDowell's motion to suppress (Docs. 24, 24-1). The United States anticipates calling Tanner Bohling, Skylar Mullins, Austin Bailey, and Matt Jackson as witnesses, and the parties anticipate that the hearing will last approximately two hours.

A brief in support of this resistance is attached.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Street, SE Box 1
Cedar Rapids, IA 52401
(319) 363-6333
(319) 363-1990 - fax
Dillan.Edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2024 I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ DRE