IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. SHANE ROBERT MCDOWELL, Defendant. | No. 24-cr-70-CJW **ORDER** |

_____

Before the Court is the Government's Unresisted Motion for Authorization to File Overlength Brief in Support of its Resistance to Defendant's Motion to Suppress, filed on October 22, 2024. (Doc. 32.)

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion at is **granted.** The Clerk of Court shall file the Government's Brief in Support of its Resistance to Defendant's Motion to Suppress attached at Doc. 32-1.

**IT IS SO ORDERED** this 23rd day of October, 2024.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa