IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 24-CR-0070-CJW-MAR |
| vs. | ) | |
| SHANE ROBERT McDOWELL, | ) | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO REPORT AND RECOMMENDATION** |
| Defendant. | ) | |

Defendant Shane Robert McDowell respectfully requests the Court to grant an extension of time to and including January 2, 2025, to file objection to the Report and Recommendation (Dkt 39) recommending denial of his Motion to Suppress (Dkt. 24). Defendant states:

1. Defendant's objections to the Report and Recommendation are due on December 31, 2024.

2. Counsel was unexpectedly out of the office on December 31st and was unable to complete the objections to the Report and Recommendation.

3. The United States will not be prejudiced by a two day extension to file objections.

For the above stated reasons, Defendant Shane Robert McDowell respectfully requests the Court to grant an extension to and including January 2, 2025, to file objections to the Report and Recommendation (Dkt. 39).

Respectfully submitted,

        __/s/ Webb L. Wassmer_____
Webb L. Wassmer  AT0008343
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele:  (319) 210-4288
wassmerlaw@yahoo.com
Attorney for Defendant
Shane Robert McDowell

CERTIFICATE OF SERVICE

I certify that on December 31, 2024, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Jared Manternach, SAUSA
    Dillan Edwards, AUSA

**By:  _____/s/ Webb Wassmer_____**
**Webb Wassmer**