IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SHANE ROBERT MCDOWELL, <br><br> Defendant. | No. 24-cr-70-CJW <br><br> **ORDER** |

Before the Court is Defendant's Motion for Extension of Time to File Objections to Report and Recommendation, filed on December 31, 2024. (Doc. 40.) Defendant requests the deadline to file objections to my Report and Recommendation regarding Defendant's Motion to Suppress be extended to January 2, 2025. The Government informed my chambers that it does not object to this motion.

**IT IS ORDERED** for good cause and the reasons stated in the Motion, the Motion at Doc. 40 is **granted**. Defendant's deadline to file his objections to the Report and Recommendation is extended to January 2, 2025.

**IT IS SO ORDERED** this 2nd day of January, 2025.

_____
Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa