IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No. 24-CR-0070-CJW-MAR |
| ) | |
| vs. ) | MOTION TO CONTINUE |
| ) | TRIAL AND RESET DEADLINES |
| SHANE ROBERT McDOWELL, ) | |
| ) | (unresisted) |
| Defendant. ) | |

_____

Defendant Shane Robert McDowell respectfully requests the Court to continue trial of this matter for 45-60 days and to reset all deadlines in this matter (except the non-trial motion deadline). Defendant states:

1. Trial of this matter is currently set for February 3, 2025. Defendant's plea notice deadline is January 13, 2025.

2. Defendant's Motion to Suppress is currently pending. In order to allow the Court adequate time to rule on the Motion and for the parties to evaluate their plea vs trial options after said ruling, Defendant requests that the Court continue trial for 45-60 days.

3. Additionally, the undersigned has a state court first degree murder trial scheduled to commence on February 4, 2025.

1

4. Defendant also requests that the Court reset all deadlines, other than the nontrial motion deadline.

5. Counsel for the United States has been contacted and does not resist this Motion.

6. In addition to the state court murder trial set for February 4, 2025, counsel also has a state court involuntary manslaughter trial in a case that has been pending for a considerable time set for March 4, 2025. Counsel will be on vacation the week of March 17, 2025, and has another longstanding case set for trial the week of March 24, 2025. Counsel would be available the weeks of March 31, 2025, April 7, 2025, or April 14, 2025, for trial of this matter.

For the above reasons, Defendant Shane Robert McDowell respectfully requests the Court to continue trial for 45-60 days and to reset all deadlines other than the nontrial motion deadline.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com

Attorney for Defendant Shane Robert McDowell

CERTIFICATE OF SERVICE

I certify that on January 7, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Jared Manternach, SAUSA
Dillan Edwards, AUSA

By: _____/s/ Webb Wassmer_____
**Webb Wassmer**

3