# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) Criminal No. 24-CR-70-CJW |
| v. | ) |
| | ) |
| SHANE ROBERT MCDOWELL | ) |
| | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[ ] Ad Prosequendum     [✔] Ad Testificandum

Name of Detainee: Wylie Delle Schuelka     Inmate ID 6040813

Detained at: Iowa Correctional Institution for Women in the custody of Michelle Waddle, Warden

Detainee is:
- a.) [ ] charged in this District by: [ ] Indictment [ ] Information [ ] Complaint Charging Detainee with:

or
- b.) [✔] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
- a.) [✔] return to the custody of detaining facility upon conclusion of said proceedings.

or
- b.) [ ] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on September 29, 2025 at 1:30 pm

in: [✔] Cedar Rapids    [ ] Sioux City

08/15/2025
Date

*/s/ Jared Manternach*
Jared Manternach
Special Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[ ] Ad Prosequendum     ✔ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____     _____
Date     United States District/Magistrate Judge