IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 24-CR-00070-CJW |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANE ROBERT McDOWELL, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE SENTENCING DOCUMENTS**

The parties jointly request a one-day extension of time to file their respective sentencing documents. The government offers the following grounds in support of this motion:

1. Sentencing in this matter is scheduled for Monday, September 29, 2025, at 1:30 p.m. (Doc. 63, at 1.) Pursuant to the Court's order setting the sentencing hearing, the parties' sentencing documents are due today. (Doc. 63, at 2.)

2. While the majority of the government's brief in support of its sentencing memorandum is completed, the undersigned is out of the office today due to sickness, and the undersigned is unable to complete the government's brief.

3. The government has made no previous requests for extension of time in this matter.

4. The undersigned has contacted defense counsel. Defense counsel has no objection to this motion, and defense counsel is also requesting a one-day extension.

Therefore, the parties respectfully request an extension of time to file their respective sentencing documents until Tuesday, September 23, 2025.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333
(319) 363-1990 - fax
dillan.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/ DRE