IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 24-CR-00070-CJW |
| vs. | ) |
| SHANE ROBERT McDOWELL, | ) |
| Defendant. | ) |

**MOTION TO SEAL SENTENCING EXHIBITS 1 AND 2**

The United States of America respectfully moves pursuant to Local Rule 5(c) for leave to file Exhibits 1 and 2 under seal related to the sentencing hearing scheduled in this case for Monday, September 29, 2025, as the exhibits contain sensitive information. Exhibit 1 contains information from a cooperating witness and Exhibit 2 is a grand jury transcript. The undersign has contacted defense counsel, and there is no objection to this motion.

Respectfully Submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA 52401-2101
(319) 363-6333   (319) 363-1990 - Fax
Dillan.Edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/   DRE