IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA

_____

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | No. 24-CR-0070-CJW-MAR |
| | ) | |
| vs. | ) | MOTION FOR LEAVE |
| | ) | TO FILE EXHIBITS |
| SHANE ROBERT McDOWELL, | ) | UNDER SEAL |
| | ) | (unresisted) |
| Defendant. | ) | |

_____

Defendant Shane Robert McDowell respectfully requests the Court to grant leave to file his Sentencing Exhibits 9 and 10 under seal. The Exhibits are documents from the Government's discovery file which contain confidential information. Counsel for the United States has been contacted and does not resist this Motion.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com
Attorney for Defendant Shane Robert McDowell

1

CERTIFICATE OF SERVICE

I certify that on September 23, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

    Dillan Edwards, AUSA

    **By: _____/s/ Webb Wassmer_____**
    **Webb Wassmer**

2