IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. 24-CR-00070-CJW |
| vs. | ) | |
| SHANE ROBERT McDOWELL, | ) | |
| Defendant. | ) | |

**MOTION TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM AND GOVERNMENT SENTENCING EXHIBIT 3**

The United States of America respectfully moves pursuant to Local Rule 5(c) for leave to file the government's response to defendant's sentencing memorandum, which discusses defendant's eligibility for a reduction pursuant to USSG §2D1.1(b)(18), and government's sentencing exhibit 3, which contains information from a cooperating witness, under seal as the documents contain sensitive information.

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2025, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/    DRE

Respectfully Submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333    (319) 363-1990 - Fax
Dillan.Edwards@usdoj.gov